IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LARRY BRACEY, | Case No. 4:05CV3252 |
| Plaintiff, | |
| v. | **ORDER** |
| HULCHER SERVICES, INC., | |
| Defendant. | |

THIS MATTER came before the Court upon the parties' Stipulation for Extension of Time to File Rule 26(f) Report, Filing 9, in the above matter. The Court, being fully advised, hereby finds as follows:

IT IS HEREBY ORDERED the Parties' Stipulation for Extension of Time to File Rule 26(f) Report is granted and the parties are granted an extension until December 5, 2005 to file their Rule 26(f) Report.

Dated November 14, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

4829-3181-8240.1/1