```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA

LARRY BRACEY,                    )
                                 )
          Plaintiff,             )        4:05CV3252
                                 )
     v.                          )
                                 )
HULCHER SERVICES, INC.,          )          ORDER
                                 )
          Defendant.             )
                                 )
```

IT IS ORDERED:

The motion of Ari D. Riekes to withdraw as counsel for defendant Hulcher, filing 15, is granted. Defendant Hulcher will continue to be represented by attorney Marcia Washkuhn of Kutak Rock LLP.

DATED this 10th day of January, 2006.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge