```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| LARRY BRACEY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3252 |
| | ) | |
| v. | ) | |
| | ) | |
| HULCHER SERVICES, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's motion, filing 20, to amend its answer is granted and the amended answer shall be filed forthwith.

DATED this 2nd day of March, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge