```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| LARRY BRACEY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3252 |
| | ) | |
| v. | ) | |
| | ) | |
| HULCHER SERVICES, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On the court's own motion,

IT IS ORDERED:

The Rule 26 telephone planning conference is continued to March 23, 2006 at 3:30 p.m. Plaintiff's counsel shall initiate the call.

DATED this 8th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge