IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LARRY BRACEY,<br><br>    Plaintiff,<br><br>v.<br><br>HULCHER SERVICES, INC.,<br><br>    Defendant. | No. 4:05 CV:03252<br><br><br><br>**ORDER** |

THIS MATTER came before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court, being fully advised, finds as follows:

IT IS HEREBY ORDERED, the parties' Stipulation is granted and all claims asserted in the above-captioned matter are dismissed, with prejudice, each party to bear its own costs and attorney's fees.

Dated this 11th day of April, 2006.

                                            BY THE COURT

                                            s/ Warren K. Urbom
                                            United States District Judge